# ALABAMA COURT OF CRIMINAL APPEALS



November 17, 2023

**CR-2023-0478**
Larry Edward Nesbitt v. State of Alabama (Appeal from Montgomery Circuit Court:
CC-17-162)

# <u>NOTICE</u>

You are hereby notified that on November 17, 2023, the following action was taken in the above-reference cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk